# EXHIBIT 9



# GUEST TV INTERACTIVE

GUEST TV INTERACTIVE
PO BOX 2171
KENNESAW, GA  30156

(770)506-1877
sales@guesttvinteractive.com
http://guesttvinteractive.com

## Invoice

| Date | Invoice # |
|---|---|
| 02/06/2013 | 132 |
| Terms | Due Date |
| Due on receipt | 02/06/2013 |

**Bill To**

Sean Davis
5799 Mill Crest Way
Lithonia GA 30038
770-310-5995



| Balance Due | Enclosed |
|---|---|
| $0.00 | |

Please detach top portion and return with your payment.

| | Ship Date |
|---|---|
| | 12/26/2012 |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Directv Commercial Account<br>  Michael Garraway - Miami | 4 | 305.00 | 1,220.00T |
| • Out-of-state sale, exempt from sales tax | | 0.00% | 0.00 |

| | Total | $1,220.00 |
|---|---|---|
| | Payment | $1,220.00 |
| | Balance Due | $0.00 |

MKH_003102