# EXHIBIT 10

# INVOICE

**Nicka Holdings**
*Sean Davis*

INVOICE # 87100
DATE: FEBRUARY 5, 2013

1699 Mill Crest Way Lithonia, Ga 30038
Phone 951-732-8477 Fax 951-732-8477

TO   Michael Garraway
     Nassau Bahamas
     [Phone]242-557-4300
     Customer ID CASH

| SALESPERSON | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| SD |  | CASH | 2/5/13 |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 24 | Directv HR-24-DVR receiver | $245.00 | $5880.00 |
| 120 | Direvtv D-12 receiver (refurb) | $65.00 | $7800.00 |
| 16 | H25 | $99.00 | $1584.00 |
| 2 | Directv DVR (refurb) | $70.00 | $140.00 |
| 10 | Account Setup | $650.00 | $6500.00 |
| 1 | Shipping | $1500.00 | $1500.00 |
| 30 | Directv D12 receiver | $79.00 | $2370.00 |
|  |  | SUBTOTAL | $25774.00 |
|  |  | TAX | 0.00 |
|  |  | TOTAL | $25774.00 |

Please Wire Funds to Bank America Account #334039908298 Routing#061000052
THANK YOU FOR YOUR BUSINESS!


Garraway
EXHIBIT NO. 8
3/17/16
Catherine Pflueger

SBL000387

# INVOICE

## Nicka Holdings

INVOICE # 879199
DATE: FEBRUARY 6, 2013

1699 Mill Crest Way Lithonia, Ga 30038
Phone 951-732-8477 Fax 951-732-8477

TO  Michael Garraway
    Nassau Bahamas
    [Phone]242-557-4300
    Customer ID CASH

| SALESPERSON | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| SD |  | CASH | Paid |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 10 | Directv HD Receiver | $40.00 | $400.00 |
| 2 | Directv HD DVR | $60.00 | $120.00 |
| 14 | Directv Standard Receiver | $30.00 | $420.00 |
| | | SUBTOTAL | $940.00 |
| | | SALES TAX | International(Bahamian passport provided) |
| | | TOTAL | $940.00 |

Make all checks payable to Nicka Holdings
**THANK YOU FOR YOUR BUSINESS!**

SBL000367

# INVOICE

**Nicka Holdings**

INVOICE # 8791133
DATE: FEBRUARY 13, 2013

1699 Mill Crest Way Lithonia, Ga 30038
Phone 951-732-8477 Fax 951-732-8477

TO Michael Garraway
Nassau Bahamas
[Phone]242-557-4300
Customer ID CASH

| SALESPERSON | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| SD | | CASH | Paid |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 200 | Directv Standard Receiver | $85.00 | $17000.00 |
| 1 | Shipping | $500.00 | $500.00 |

| | |
|---|---|
| SUBTOTAL | $17,500.00 |
| SALES TAX | International(Bahamian passport provided) |
| TOTAL | $17,500.00 |

Please wire send wire transfer to Sun Trust routing #061000104 account#1000116550061 Sean Davis
**THANK YOU FOR YOUR BUSINESS!**

SBL000366

# INVOICE

## Nicka Holdings

INVOICE # 8791134
DATE: FEBRUARY 22, 2013

1699 Mill Crest Way Lithonia, Ga 30038
Phone 951-732-8477 Fax 951-732-8477

TO  Michael Garraway
Nassau Bahamas
[Phone]242-557-4300
Customer ID CASH

| SALESPERSON | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| SD |  | CASH | Paid |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
|  |  |  | $3960.00 |
|  |  |  | $600.00 |
|  |  |  | $300.00 |
| 50 | Directv Receivers (D12) | $85.00 | $4250.00 |
| 48 | Directv Receivers (D12 / USED) | $65.00 | $3120.00 |
|  |  |  | $450.00 |
| 10 | Directv Commercial Account | $650.00 | $6500.00 |
| 2 | Directv Residential Account | $800.00 | $1600.00 |
|  | (3 Standard 1 HD DVR per account) |  |  |
| 1 | Shipping | $235.00 | $235.00 |
|  |  | SUBTOTAL | $21,015.00 |
|  |  | SALES TAX | International (Bahamian passport provided) |
|  |  | TOTAL | $21,015.00 |

Please wire send wire transfer to Sun Trust routing #061000104 account#1000116550061 Sean Davis
**THANK YOU FOR YOUR BUSINESS!**

# INVOICE

**Nicka Holdings**

INVOICE # 8791136
DATE: FEBRUARY 25, 2013

1699 Mill Crest Way Lithonia, Ga 30038
Phone 951-732-8477 Fax 951-732-8477

TO  Michael Garraway
    Nassau Bahamas
    [Phone]242-557-4300
    Customer ID CASH

| SALESPERSON | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| SD | | CASH | Paid |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 40 | 2way 40x3.50= 140.00 | $3.99.00 | $159.60 |
| 20 | 4way | 0.00 | 0.00 |
| 20 | 8way | $7.00 | $140.00 |
| 40 | Pl21v | $11.00 | $440.00 |
| 24 | SWM3 NEW | $40.00 | $960.00 |
| 36 | SWM3 USED | | $1080.00 |
| | SUBTOTAL | | $2,779.60 |
| | SALES TAX | | International(Bahamian passport provided) |
| | TOTAL | | $2,779.60 |

Please wire send wire transfer to Sun Trust routing #061000104 account#1000116550061 Sean Davis
**THANK YOU FOR YOUR BUSINESS!**

SBL000368

# INVOICE

## Nicka Holdings

INVOICE # 8791135
DATE: FEBRUARY 25, 2013

1699 Mill Crest Way Lithonia, Ga 30038
Phone 951-732-8477 Fax 951-732-8477

TO  Michael Garraway
    Nassau Bahamas
    [Phone]242-557-4300
    Customer ID CASH

| SALESPERSON | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| SD |  | CASH | Paid |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 40 | Directv Receivers (HD-) | $99.00 | $3960.00 |
| 1 | Shipping and Handling | $979.00 | $979.00 |
|  |  | SUBTOTAL | $4,939.00 |
|  |  | SALES TAX | International(Bahamian passport provided) |
|  |  | TOTAL | $4,939.00 |

Please wire send wire transfer to Sun Trust routing #061000104 account#1000116550061 Sean Davis
**THANK YOU FOR YOUR BUSINESS!**

SBL000364

# INVOICE

## Nicka Holdings

INVOICE # 8791137
DATE: MARCH 4, 2013

1699 Mill Crest Way Lithonia, Ga 30038
Phone 951-732-8477 Fax 951-732-8477

TO  Michael Garraway
    Nassau Bahamas
    [Phone]242-557-4300
    Customer ID CASH

| SALESPERSON | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| SD | | CASH | |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 100 | Directv D12 Receivers | $85.00 | $8500.00 |
| 10 | Directv Account Setup | 650.00 | 6500.00 |
| 1 | shipping | $240.00 | $240.00 |
| | | SUBTOTAL | $15,240.00 |
| | | SALES TAX | International(Bahamian passport provided) |
| | | TOTAL | $15,240.00 |

Please wire send wire transfer to Sun Trust routing #061000104 account#1000116550061 Sean Davis
**THANK YOU FOR YOUR BUSINESS!**

SBL000363

# INVOICE

**Nicka Holdings**

INVOICE # 87909
DATE: JUNE 10, 2013

1699 Mill Crest Way Lithonia, Ga 30038
Phone 951-732-8477 Fax 951-732-8477

TO  Michael Garraway
    Nassau Bahamas
    [Phone]242-557-4300
    Customer ID CASH

| SALESPERSON | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| SD |  | CASH | Paid |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 12 | Directv Accounts | $650.00 | $7800.00 |
| 19 | Direvtv D-12 receiver | $20.00 | $380.00 |
| | | SUBTOTAL | $8180.00 |
| | | SALES TAX | International(Bahamian passport provided) |
| | | TOTAL | $8180.00 |

Deposit to Sun Trust Account #1000116550061 Routing #061000104 Sean Davis
**THANK YOU FOR YOUR BUSINESS!**

SBL000362